**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

JOYCE M. JACKSON                                                         PLAINTIFF

VS.                                              CIVIL ACTION NO. 3:06CV 553WA

WINN-DIXIE MONTGOMERY, INC.
and WINN-DIXIE STORES, INC.                                        DEFENDANTS

---

<u>**ORDER**</u>

This matter came before the court on the Plaintiff's Motion to Amend Complaint, by which she seeks to drop her claims against Winn-Dixie Stores, Inc., add a request for a jury trial, and correct some typographical errors.  The Defendants do not object to the amendment, and it will be permitted.  Also before the court is a Motion to Dismiss, by which the Defendants seek to have Winn-Dixie Stores, Inc. dismissed as a party.  The Plaintiff does not object to the dismissal.  Because the undersigned does not have the authority to grant a dispositive motion, but in order to facilitate the expeditious administration of justice in this matter, the Motion to Dismiss and the Plaintiff's Motion to Amend Complaint, taken together, will be treated as a Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a).

IT IS, THEREFORE, ORDERED that the Plaintiff's Motion to Amend Complaint is hereby **granted**, and the Plaintiff shall file and serve her Amended Complaint, in the form attached to her Motion, on or before November 17, 2006.

IT IS FURTHER ORDERED that the Clerk treat the Motion to Dismiss and the Plaintiff's Motion to Amend Complaint as a Stipulation of Dismissal as to Winn-Dixie Stores, Inc. and reflect the termination of that party on the docket of the court.

IT IS SO ORDERED, this the 2nd day of November, 2006.


S/Linda R. Anderson

UNITED STATES MAGISTRATE JUDGE